USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: April 2, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAYNE TATUM,

           Plaintiff,

– against –

CITY OF NEW YORK; NIKKAL BARNES, *Program Director*; SERGEANT FACEY, *#906*; OFFICER DAVIS, *#609*; *and* OFFICER MATOS, *#1059*,

           Defendants.

**ORDER**
19 Civ. 2581 (ER)

Ramos, D.J.:

       The above-captioned action was filed on March 21, 2019. Doc. 1. Plaintiff proceeded *pro se* and *in forma pauperis*. On August 2, 2019, The Court granted the City of New York's request to extend the time to answer the Complaint to thirty-five days after the last individually named officer is served. Accordingly, the City of New York is directed to provide the Court with a status report **no later than April 16, 2020.** Chambers will mail a copy of this Order to Plaintiff to his address of record: 441 Beach 51st Street, Apt. 8A, Far Rockaway, NY 11691.

       It is SO ORDERED.

Dated: April 2, 2020
       New York, New York

                                                  Edgardo Ramos, U.S.D.J.