UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WAYNE TATUM,

                Plaintiff,

   – against –

CITY OF NEW YORK; NIKKAL BARNES,
Program Director; SERGEANT FACEY NO. 906;
OFFICER DAVIS NO. 609; and OFFICER
MATOS NO. 1059,

                Defendants.

**ORDER**

19 Civ. 2581 (ER)

---

RAMOS, D.J.

    Wayne Tatum moved *pro se* for a temporary restraining order against the City of New York (the "City") and non-parties the Department of Homeless Services, and shelter provider Aguila, Inc. on June 18, 2020.  Doc. 22.  The Court directs the City to respond to Tatum's motion by Monday, June 22, 2020 at 12:00 PM.  In addition, the Court directs the parties to appear for a telephonic conference on Tuesday, June 23, 2020 at 10:30 AM.  The parties will call the Court using the following conference call information:  (877) 411-9748; Access Code: 3029857.

    It is SO ORDERED.

Dated: June 18, 2020
       New York, New York

                                                Edgardo Ramos, U.S.D.J.