UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
WAYNE TATUM,                                                      :
:
:
Plaintiff,                                      :
:  19 Civ. 2581 (JPC)
-v-                                             :
:  ORDER
:
CITY OF NEW YORK *et al.*,                                        :
:
Defendants.                                     :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On September 8, 2021, the Court directed the Plaintiff that if "fail[ed] to file an amended complaint by October 8, 2021, and he cannot show good cause to excuse such failure, the Court will direct the Clerk of Court to terminate the City, Sergeant Facey, Officer Davis, and Officer Matos as Defendants in this action." Dkt. 8 at 14. Plaintiff has not filed an amended complaint. The Clerk of the Court is therefore respectfully directed to terminate the City, Sergeant Facey, Officer Davis, and Officer Matos as Defendants in this action.

The Complaint "remain[s] the operative pleading against [Defendant] Barnes." Dkt. 8 at 14. By December 13, 2021, Tatum and Barnes shall submit a proposed case management plan and scheduling order.

Although Tatum consented to receive electronic service in this action, *see* Dkt. 20, the Clerk of Court is respectfully directed to mail a paper copy of this Order to Plaintiff.

SO ORDERED.

Dated: November 26, 2021                     _____
        New York, New York                              JOHN P. CRONAN
                                                United States District Judge