```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
WAYNE TATUM,                                                           :
                                                                       :
                          Plaintiff,                                   :
                                                                       :    19 Civ. 2581 (JPC)
             -v-                                                       :
                                                                       :           ORDER
NIKKAL BARNES,                                                         :
                                                                       :
                          Defendant.                                   :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On December 13, 2021, Defendant Nikkal Barnes filed a proposed case management plan. *See* Dkt. 57.  Paragraph 1 of the proposed case management plan says that all parties consent to conducting all further proceedings before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).  *See id.* at 1.  The parties have not, however, filed an executed consent form for a Magistrate Judge to conduct all further proceedings and order entry of a final judgment, in accordance with section 636(c) and Federal Rule of Civil Procedure 73.  An electronic version of a consent form that the parties may use is available on the Court's website at https://www.nysd.uscourts.gov/sites/default/files/practice_documents/kpfSDNYFormConsentingToProceedForAllPurposesBeforeAMagistrateJudge.pdf.  By January 7, 2022, the parties shall file an executed consent form or advise the Court that all parties do not consent to proceeding before a Magistrate Judge for all further proceedings.

Although Plaintiff Wayne Tatum consented to receive electronic service in this action, *see* Dkt. 20, the Clerk of Court is respectfully directed to mail a paper copy of this Order to Plaintiff.

SO ORDERED.

Dated: December 14, 2021
      New York, New York

                                               JOHN P. CRONAN
                                           United States District Judge